# EXHIBIT 1

Re: Solid Gold Gentlemen's Club Federal Lawsuit

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of my performing at Solid Gold Gentlemen's Club in connection with the above-referenced lawsuit.

2. I work/worked as an exotic dancer for Solid Gold Gentlemen's Club in Pompano Beach, Florida, from on or about June 2017 to on or about December 2019.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201, <u>et seq</u>. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or resolutions of this action under the federal wage law.

4. I hereby designate Jesenia A. Martinez of Kristensen LLP at 12540 Beatrice Street, Suite 200, Los Angeles, California 90066 and Raymond R. Dieppa of Florida Legal, LLC at 14 Northeast 1st Avenue, Suite 1001, Miami, Florida 33132 to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning all aspects of the litigation.

Signature: *Marliz Nevarez*
Date: 12/15/2020
Name: Marliz Nevarez
Address: [redacted]

Telephone: [redacted]
E-Mail: [redacted]

Send your consent form to any of the following firms, via e-mail, fax, U.S. Mail, screenshot then e-mail or screenshot and text**:

| Jesenia A. Martinez | Raymond R. Dieppa |
|---|---|
| **KRISTENSEN LLP** | **FLORIDA LEGAL, LLC** |
| 12540 Beatrice Street, Suite 200 | 14 Northeast 1st Avenue, Suite 1001 |
| Los Angeles, California 90066 | Miami, Florida 33132 |
| Telephone: (310) 507-7924 | Telephone: (305) 722-9677 |
| **Text or Call: (305) 916-0171 | Fax: (786) 870-4030 |
| Fax: (310) 507-7906 | ray.dieppa@floridalegal.law |
| jesenia@kristensenlaw.com or dancer@kristensenlaw.com | |