UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60198-CIV-CANNON/Hunt

**DAYANA AGUIAR**, individually and
on behalf of all others similarly situated,

      Plaintiffs,

v.

**M.J. PETER & ASSOCIATES, INC.**,
a Florida Corporation, *et al*.,

      Defendants.
_____/

**ORDER APPROVING FLSA SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Motion and Motion for Approval of FLSA Settlement ("Joint Motion") [ECF No. 117] and incorporated FLSA Settlement Agreements (the "Agreements") [ECF No. 117, Exhibits 1-15], filed on July 15, 2021. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), *see* 29 U.S.C. § 203, *et seq*., and seek the Court's approval of their Settlement Agreements.

After carefully considering the Joint Motion, the Settlement Agreements, the record, and the applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion **[ECF No. 39]** is **GRANTED**.

2. The FLSA/Wage Settlement Agreements [ECF No. 117, Exhibits 1-15] between Plaintiffs, and Defendant, which have been duly filed with the Court, are **APPROVED**.

CASE NO. 21-60198-CIV-CANNON/Hunt

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed to by the parties.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

5. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of July 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record